tiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. Edward F. McClennen, Mr. William H. Dunbar* and *Mr. Allison L. Newton* for petitioners. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Ottinger* and *Mr. Harvey B. Cox* for respondents.

No. 535. FEDERAL TRADE COMMISSION *v.* RAYMOND BROS.-CLARK COMPANY. October 23, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Solicitor General Beck, Mr. W. H. Fuller* and *Mr. Adrien F. Busick* for petitioner. *Mr. Emmet Tinley* for respondent.

No. 328. ELI BUNCH *v.* J. B. COLE ET AL. Error to the Supreme Court of the State of Oklahoma. November 13, 1922. Petition for a writ of certiorari herein granted. *Mr. Streeter B. Flynn* and *Mr. Dennis T. Flynn,* for plaintiff in error, in support of the petition. *Mr. Benjamin Martin, Jr.,* for defendants in error, in opposition to the petition.

No. 554. SOUTHERN POWER COMPANY *v.* NORTH CAROLINA PUBLIC SERVICE COMPANY ET AL. November 13, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Mr. William P. Bynum, Mr. R. V. Lindabury* and *Mr. R. C. Strudwick* for petitioner. *Mr. John W. Davis* and *Mr. Aubrey L. Brooks* for respondents.

No. 568. RED CROSS LINE *v.* ATLANTIC FRUIT COMPANY. November 13, 1922. Petition for a writ of certiorari to the Supreme Court of the State of New York granted. *Mr. Homer L. Loomis* for petitioner. *Mr. John W. Crandall* for respondent.